RECEIVED
IN LAFAYETTE, LA.

AUG 1 8 2009

TONY R. MOORE, CLERK
BY _____
DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **BERNARD ALLEN CHARLES**<br>**FED. REG. NO. 11945-035** | **DOCKET NOS. 6:03-CR-60045**<br>**6:07-CV-1218** |
| **VS.** | **SECTION P** |
| **UNITED STATES OF AMERICA** | **JUDGE HAIK** |

**ORDER**

Before the Court is Charles's Notice of Appeal [rec. doc. 140] and Motion for Certificate of Appealability [rec. doc. 142] filed herein on April 30, 2009. Charles seeks review of this Court's February 26, 2009 judgment denying his Motion to Vacate. [rec. doc. 139]

Under 28 U.S.C. § 2253, Charles must obtain a certificate of appealability (COA) before he can appeal the judgment. The COA "may issue ... only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "The COA determination under § 2253(c) requires an overview of the claims in the *habeas* petition and a general assessment of their merits." *Miller-El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). To obtain a COA as to claims denied on their merits, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). The movant must demonstrate that reasonable jurists could debate whether the motion should have been resolved differently, or that the issues presented deserved encouragement to proceed further. *United States v. Jones*, 287 F.3d 325, 329 (5th Cir.2002) (relying upon *Slack*, 529 U.S. at 483-84). Charles argued claims of ineffective assistance of appellate counsel – faulting counsel for failing to litigate various issues on appeal.

All claims were dismissed on the merits because petitioner failed either to establish deficient

performance, prejudice, or both. Since reasonable jurists could not debate the denial of relief

nor find that the issues presented are adequate to deserve encouragement to proceed, it is

**ORDERED** that Charles's Motion for Certificate of Appealability [rec. doc. 142] is

**DENIED.**

In Chambers, Lafayette, Louisiana ___August 18, 200 9___,

2009.

**RICHARD T. HAIK, SR.**
**UNITED STATES DISTRICT JUDGE**